**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ELGINE FURLOW,**

               **Plaintiff,**

**-vs-**                                           **Case No. 6:11-cv-1749-Orl-22DAB**

**ORANGE COUNTY COURT JUDGE**
**ALAN S. APTE,**

               **Defendant.**
_____

## ORDER

On November 4, 2011, Magistrate Judge Baker entered a Report and Recommendation (Doc. 9), recommending that Motion for Leave to Proceed *in forma pauperis* (Doc. 2) be DENIED. Defendant filed timely objections to the Report (Doc. 10). Upon *de novo* review of the above, the Court concurs with the recommendation of the Magistrate Judge. It is, therefore

**ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge is Adopted and Confirmed;

2. The Motion for Leave to Proceed *in forma pauperis* is DENIED.

It is further **ORDERED** that Plaintiff's Complaint is DISMISSED with prejudice, and all pending motions are DENIED.

It is further **ORDERED** that the Clerk shall not accept any further pleadings, motions or other documents from Plaintiff in this case except as pursuant to the requirements set forth in Case No. 11-mc-108-Orl-31DAB.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 28, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE