# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**ELGINE FURLOW,**

                **Plaintiff,**

**-vs-**                                                 **Case No. 6:11-cv-1749-Orl-22DAB**

**ORANGE COUNTY COURT JUDGE**
**ALAN S. APTE,**

                **Defendant.**
_____

## REPORT AND RECOMMENDATION AND ORDER

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS (Doc. No. 17)** |
| **FILED:** | **December 22, 2011[1]** |
| **THEREON** it is **RECOMMENDED** that the motion be **DENIED** and the District Court certify that the appeal in this case is not taken in good faith. ||
| **MOTION:** | **MOTION TO STRIKE ERROR AND SHOW CAUSE [RELATING TO HIS ARREST ON DECEMBER 5, 2009] (Doc. No. 18)** |
| **FILED:** | **December 22, 2011** |
| **THEREON** it is **ORDERED** that the motion is **DENIED**. ||

---

[1] The Motions were erroneously filed in the United States Court of Appeals, which forwarded them to the District Court on January 12, 2012. *See* Doc. 17, 18.

Plaintiff appeals Judge Presnell's order dismissing his case (Doc. 12) on November 28, 2011 and moves to proceed *in forma pauperis.* An appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith. 28 U.S.C. § 1915(a)(3). It is respectfully **RECOMMENDED** that the District Court certify that the appeal in this case is not taken in good faith.

On October 24, 2011, Plaintiff Elgine Wilson Furlow (the "Plaintiff") filed a one-page, handwritten complaint (the "Complaint") apparently complaining of a charge and possibly a conviction for stealing a bike. Doc. 1. Plaintiff also filed a motion to proceed in forma pauperis. *See* Doc. 9. As explained in this Court's previous Report and Recommendation, Plaintiff has filed at least ten non-meritorious law suits in federal court without paying a filing fee, and Plaintiff was ordered to seek leave of court before filing any others; any action Furlow seeks to file must be preceded by a Motion for leave to File addressed to the court. Doc. 9 (citing *Furlow v. McClinton*, Case No. 6:07-cv-1996-Orl-31DAB, Doc. No. 19 (M.D. Fla. 2008)). Notwithstanding the Injunction, Plaintiff filed the Complaint in this new case unaccompanied by a Motion for Leave to File and without prior consent of the Court. The papers (Doc. 1-6), which were largely illegible and incomprehensible, appeared to relate to either proceedings in state court, or matters that were otherwise not within the limited jurisdiction of the federal court. Because Furlow had violated the terms of the Injunction by filing the Complaint without seeking prior consent and a review of the papers does not establish a decipherable claim within the Court's jurisdiction, this Court recommended and, on November 28, 2011, Judge Presnell ordered that Plaintiff's case be dismissed. Doc. 12.

On December 2, 2012, Plaintiff filed his Notice of Appeal stating that he was appealing:

[H]is constitution[al] right to proceed in forma pauperis without pay with his case violated and the U.S. Constitution hold laws that grant dismissive grounds

> A. Finding Not Guilty by reason of insanity September 23, 2010 date that would close a case;
> B. Positive known no crime by Rurlow said by Judge Alan S. Apte [on] April 5, 2011 the charge Sheriffs said on CD Voice tape June 27, 2011 purchase [sic];
> C. Motion to Dismiss order by Judge Alan S. Apte August 4, 2011 two motions pass 10 day rule of law;
> D. Misdemeanor file in error wrong unlawful court - 18A Div. 17 Judge Alan S. Apte instead of misdemeanor lower court, with law not less than 5 years.

Doc. 13 (errors in original). Plaintiff's claims in his "Notice of Appeal" are also illegible and indecipherable. Accordingly, Plaintiff's appeal from the Order is not taken in good faith and his application to proceed *in forma pauperis* should be **DENIED**. *See* 28 U.S.C. § 1915(a)(3). It is respectfully **RECOMMENDED** that the District Court certify that the appeal in this case is not taken in good faith.

Plaintiff's "Motion to Show Cause" is equally indecipherable and appears to seek relief even though dismissal of his Complaint is now a matter for appeal.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on January 19, 2012.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Unrepresented Party
Courtroom Deputy