# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ELGINE FURLOW,**

         **Plaintiff,**

-vs-                              **Case No. 6:11-cv-1749-Orl-22DAB**

**ORANGE COUNTY COURT JUDGE ALAN S. APTE,**

         **Defendant.**

_____

## ORDER

This cause comes before the Court on the Motion for Leave to Appeal *in forma pauperis* (Doc. No. 17) filed December 22, 2011[1].

On January 19, 2012, the United States Magistrate Judge issued a report (Doc. No. 19) recommending that the motion be denied. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED.**

2. The Motion for Leave to Appeal *in forma pauperis* is **DENIED**. The Court finds and **CERTIFIES** that the appeal is not taken in good faith.

---

[1] The motion was erroneously filed in the United States Court of Appeals, which forwarded the motion to the District Court on January 12, 2012.

      3.      The Clerk of Court is directed to serve a certified copy of this ruling on the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit and a copy to Plaintiff by Certified Mail.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on this 6th day of February, 2012.

                                                        GREGORY A. PRESNELL
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party